IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS & MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 SUB FUND, | Case No.: 1:15-cv-00266-SSB-KLL |
| Plaintiff, | |
| vs. | |
| | DEFAULT JUDGMENT ORDER |
| CHRISTOPHER J. PANNO, an Individual, | |
| Defendant. | |

This matter coming before the Court on the Plaintiff's Motion for Default Judgment, proper notice having been made to the Defendant and the Defendant failing to raise an objection,

**IT IS HEREBY ORDERED:**

1. Default Judgment is hereby entered in favor of in favor of the Plaintiff and against the Defendant CHRISTOPHER J. PANNO in the aggregate amount of $7,009.51, which is itemized as follows:

    A. $4,305.52 in erroneous benefit payments;

    B. $667.65 in interest; and

    C. $2,036.34 in reasonable attorney's fees and costs pursuant to the Combined Summary Plan Description and Plan Document and 29 U.S.C. §1132(g);

2. That Plaintiff has such other and further relief as the Court may deem just and equitable all at Defendant's cost, pursuant to 29 U.S.C. 1132(a)(3).

ORDERED BY:

_____
HONORABLE SANDRA S. BECKWITH

Dated: 6/23/15